IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CALVIN WILLIAMS,

                Plaintiff,                            ORDER

      v.                                      14-cv-557-wmc

GLA COLLECTION CO., INC. and CARLE
FOUNDATION PHYSICIANS SERVICE,

                Defendants.

---

On November 16, 2015, the court granted plaintiff Calvin Williams leave to proceed with Fair Debt Collection Practices Act claims against defendants GLA Collection Company, Inc. and Carle Foundation Physicians Service.

On December 8, 2015, defendant GLA Collection Co. filed a motion to dismiss. (Dkt. #19.) Plaintiff's response was due by December 29, 2015. On December 30, 2015, defendant Carle Foundation Physicians Service filed a motion to dismiss. (Dkt. #29.) Plaintiff's response was due by January 21, 2016. To date, plaintiff has neither responded to the motions, nor asked for more time to respond. Accordingly,

ORDER

IT IS ORDERED that defendants' motions to dismiss (dkts. #19, 29) are GRANTED and the clerk of court is directed to close this case. Mr. Williams may move to reopen this case upon good cause shown within 30 days.

Entered this 24th day of May, 2016.

                                              BY THE COURT:

                                              /s/

                                              WILLIAM M. CONLEY
                                              District Judge