IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLYDE WILLIAMS,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                  14-cv-557-wmc

GLA COLLECTION CO., INC. and
CARLE FOUNDATION PHYSICIANS
SERVICE,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting the motions to dismiss filed by defendants GLA Collection Co., Inc. and Carle Foundation Physicians Service and dismissing this case.

    /s/                                                                  5/24/2016

Peter Oppeneer, Clerk of Court                      Date